FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 17, 2017

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LAWRENCE D. BOORD, husband and wife; and LAURA BOORD, wife and husband,<br><br>Plaintiffs,<br><br>v.<br><br>LOWES HOME CENTERS LLC, a foreign corporation; JOHN DOE, husband and wife and JANE DOE, wife and husband,<br><br>Defendants. | No.   1:16-CV-3131-SMJ<br><br>**ORDER DISMISSING CASE** |

On March 17, 2017, the parties filed a Stipulated Motion and Order of Dismissal, ECF No. 27. Consistent with the parties' agreement and pursuant to Federal Rule of Civil Procedure 41(a), **IT IS HEREBY ORDERED:**

**1.** The parties' Stipulated Motion and Order of Dismissal, **ECF No. 27**, is **GRANTED.**

**2.** All claims are **DISMISSED WITH PREJUDICE,** with all parties to bear their own costs and attorneys' fees.

**3.** All pending motions are **DENIED AS MOOT.**

**4.** All hearings and other deadlines are **STRICKEN.**

ORDER **-** 1

**5.** The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 17th day of March 2017.

_____
SALVADOR MENDOZA, JR.
United States District Judge